## TYLER MIN. CO. v. LAST CHANCE MIN. CO.

(Circuit Court of Appeals, Ninth Circuit. October 2, 1899.)

### No. 530.

APPEAL—DECREE ENTERED ON MANDATE.
 A decree entered in accordance with the mandate of the appellate court issued on appeal from a former decree is not appealable.

Appeal from the Circuit Court of the United States for the Northern Division of the District of Idaho.

John R. McBride, for appellant.
W. B. Heyburn, for appellee.

Before GILBERT and ROSS, Circuit Judges, and HAWLEY, District Judge.

ROSS, Circuit Judge. The present appeal is from a decree entered in the court below in accordance with the mandate of this court issued on a former appeal of the cause. 71 Fed. 848. The decree appealed from, being in accordance with the mandate of this court, is not appealable. The present appeal is accordingly dismissed.